```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

STACY PAUL BRYANT                                        PLAINTIFF


        v.                    Civil No. 07-6045


LARRY SANDERS, Sheriff,
Garland County; CHIEF HOLT;
CAPTAIN MEL STEED; LT. JUDGE
MCMURRIAN; DEPUTY DAVID AVANT;
DEPUTY JOSH CANNON; DEPUTY
BURROUGHS; DEPUTY BAKER; DEPUTY
DORIS; and DEPUTY HEDRICK; all of
the GARLAND COUNTY DETENTION CENTER                      DEFENDANTS


## ORDER

Now on this 14th day of August 2007, there comes on for consideration the report and recommendation filed herein on July 17, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). The parties have not filed written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is dismissed on the grounds that Plaintiff fails to state claims upon which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time).

```
     IT IS SO ORDERED.


                                 /s/ Robert T. Dawson
                                 Honorable Robert T. Dawson
                                 United States District Judge
```